**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
YOLANDA L. MURATALLA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                    PLAINTIFF,<br><br>YOLANDA MURATALLA,<br>                    DEFENDANT. | Case No.: 10-CR-00038 LJO<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE MOTIONS HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND MARK CULLERS,   UNITED STATES ATTORNEY:

**COMES NOW** Defendant, YOLANDA MURATALLA  by and through her attorney of record, DAVID A. TORRES hereby request that the motions hearing currently set for April 23, 2010, be continued to May 14 or 28, 2010  at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual agreement between myself, and  United States Attorney Mark Cullers. Counsel for defendant will be on military duty from April 23, 2010 to April 25, 2010 and therefore will be unavailable.

1       Based upon the foregoing, I respectfully request that this matter be continued to
2 May 14 or 28, 2010.
3       The parties also agree that the delay resulting from the continuance shall be excluded in
4 the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(i) & (iv).
5       IT IS SO STIPULATED.

7 Dated: April 20, 2010       /s/ David A. Torres
      DAVID A. TORRES
8       Attorney for Defendant
      YOLANDA MURATALLA

11 Dated: April 20, 2010       /s/ Mark Cullers
      MARK CULLERS
12       U.S. Attorney

# ORDER

GOOD CAUSE HAS BEEN STATED.  Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(7)(A) and §3161 (h)(7)(B)(i) & (iv) and the matter continued to May 28, 2010 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   April 21, 2010**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE