**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law, SBN 135059
1318 K Street
Bakersfield, CA 93301
Ph.: (661)326-0857
Fax.: (661) 326-0936
e-mail: lawtorres@aol.com

Attorney for Defendant
YOLANDA L. MURATALLA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    PLAINTIFF,<br><br>YOLANDA L. MURATALLA,<br>    DEFENDANT. | Case No.: 10-CR-00038 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE HEARING** |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND MARK CULLLERS, ASSISTANT UNITED STATES ATTORNEY:

**COMES NOW** Defendant, YOLANDA L. MURATALLA by and through her attorney of record, DAVID A. TORRES hereby requests that the status conference currently set for May 28, 2010 be continued to June 11, 2010 at 9:00 a.m., or a date convenient to court and counsel.

This is a mutual request between Assistant United States Attorney, Mark Cullers and is joined by counsel for the defendant.

I had a discussion today, May 26, 2010, with AUSA Mark Cullers. I am requesting a brief continuance in this case as the discovery is quite voluminous. I have scheduled one last meeting with my client to review certain documents and monetary amounts. I will complete my

1  investigation on this case this weekend.  I believe that this case will resolve.  I also intend to
2  discuss the Plea Agreement with my client and file it this coming week.  I am requesting that this
3  matter be continued for one week to enter a plea.
4      Based upon the foregoing, I respectfully request that this matter be continued to
5  June 11, 2010.
6      The parties also agree that the delay resulting from the continuance shall be excluded in
7  the interest of justice pursuant to 18 U.S.C. §3161 (h)(8)(A) and §3161 (h)(8)(B)(I).

Dated: May 26, 2010            /s/ David A. Torres
                               DAVID A. TORRES
                               Attorney for Defendant
                               YOLANDA L. MURATALLA

                               McGREGOR W. SCOTT
                               United States Attorney

Dated: May 26, 2010            By /s/ Mark E. Cullers
                               MARK E. CULLERS
                               Assistant U.S. Attorney

## ORDER

Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(A) and §3161 (h)(8)(B)(i).    Good cause exists for the one week continuance.  Request GRANTED.

Stipulation and Proposed Order to Continue Status Conference    2

IT IS SO ORDERED.

**Dated:**   **May 27, 2010**          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

Stipulation and Proposed Order to Continue Status Conference    3