**LAW OFFICE OF DAVID A. TORRES**
Attorney at Law (State Bar №. 135059)
1318 "K Street
Bakersfield, CA 93301
Tel.: (661) 326-0857

Attorney for: YOLANDA L. MURATALLA,

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        PLAINTIFF,<br><br>v.<br><br>YOLANDA L. MURATALLA<br>        DEFENDANT. | №. 1:10-CR-00038 LJO<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING**<br>(Note time change) |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE: LAWRENCE J. O'NEILL AND MARK CULLERS, ASSISTANT UNITED STATES ATTORNEY:

COMES NOW defendant, YOLANDA L. MURATALLA by and through his attorney of record, DAVID A. TORRES hereby requests that the Sentencing date currently set for September 3, 2010 be continued to September 14, 2010 at 1:30 p.m. or a date convenient to the court and counsel.

This is a mutual agreement between myself and Assistant United States Attorney, Mark Cullers. Additional time is needed to go over the PSI report with Mrs. Muratalla and prepare a Sentencing Memorandum.

Based upon the foregoing, I respectfully request that this matter be continued to September 14, 2010.

1

The parties also agree that the delay resulting from the continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv).

DATED: August 30, 2010

By   /s/ David A. Torres
DAVID A. TORRES
Attorney for Defendant,
YOLANDA L. MURATALLA

DATED: August 30, 2010

By   /s/ Mark Cullers
MARK CULLERS
Assistant U.S. Attorney,
Attorney for Plaintiff

# **ORDER**

IT IS SO ORDERED. Time is excluded in the interest of justice pursuant to 18 U.S.C. §3161 (h)(7)(A) and §3161 (h)(7)(B)(I) & (iv). The time of the sentencing will be 1:15 p.m on the date requested.

IT IS SO ORDERED.

Dated:  **September 1, 2010**           /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE